| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **A&M Building and Contracting, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | **3:22-bk-31474** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **Amended Schedule F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Amended Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 20, 2022**      X  /s/ Aaron Lehnert
                                         Signature of individual signing on behalf of debtor

                                         **Aaron Lehnert**
                                         Printed name

                                         **Member**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **A&M Building and Contracting, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): 3:22-bk-31474

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................ $ 65,000.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.......................................................................... $ 486,724.00

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B............................................................................ $ 551,724.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............ +$ 6,749,074.69

4. **Total liabilities**
   Lines 2 + 3a + 3b .................................................................................................. $ 6,749,074.69

Fill in this information to identify the case:

Debtor name: **A&M Building and Contracting, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): 3:22-bk-31474

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>4 Guys Painters<br>10716 Bell Valley Drive<br>Knoxville, TN 37934<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$36,461.86** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Aaron Lehnert<br>PO Box 5441<br>Knoxville, TN 37928<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **For expense reimbursement over last two years.**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$4,145.54** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Aaron Lehnert<br>PO Box 5441<br>Knoxville, TN 37928<br><br>Date(s) debt was incurred **2019 - 2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loans to debtor for operations**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$161,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ABC Supply<br>P. O. Box 742067<br>Atlanta, GA 30374-2067<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **Unknown** |

Debtor  **A&M Building and Contracting, Inc.**          Case number (if known) **3:22-bk-31474**
Name

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address<br>**American Fireplaces**<br>**241 West Main Street**<br>**Sevierville, TN 37862**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,276.00** |
| **3.6** | Nonpriority creditor's name and mailing address<br>**American Lighting**<br>**8032 Kingston Pike**<br>**Knoxville, TN 37919**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,162.06** |
| **3.7** | Nonpriority creditor's name and mailing address<br>**Amy and Bruce Resnick**<br>**c/o Hayden B. Short, Esquire**<br>**PO Box 2425**<br>**Knoxville, TN 37901**<br>Date(s) debt was incurred **2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Construction suit**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,587.00** |
| **3.8** | Nonpriority creditor's name and mailing address<br>**Anderson Lumber Company**<br>**780 Louisville Road**<br>**P. O. Box 550**<br>**Alcoa, TN 37701**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$170,844.00** |
| **3.9** | Nonpriority creditor's name and mailing address<br>**APAC Atlantic, INC**<br>**Harrison Construction**<br>**4817 Rutledge Pike**<br>**P.O. Box 6357**<br>**Knoxville, TN 37914**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Collection of account**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.10** | Nonpriority creditor's name and mailing address<br>**Beth Nolff**<br>**51225 Martz Road**<br>**Belleville, MI 48111**<br>Date(s) debt was incurred **2008 or 2009**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Loan to business for working capital**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.11** | Nonpriority creditor's name and mailing address<br>**Blalock Concrete**<br>**P. O. Box 4750**<br>**Sevierville, TN 37864-4750**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,591.85** |

Debtor  **A&M Building and Contracting, Inc.**  Case number (if known)  **3:22-bk-31474**

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $30,000.00 |
|---|---|---|---|

**Capital One**
PO Box 85617
Richmond, VA 23285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Credit card**

Last 4 digits of account number **9529**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $5,000.00 |
|---|---|---|---|

**Capital One**
PO Box 85617
Richmond, VA 23285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Credit card**

Last 4 digits of account number **3535**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,572.00 |
|---|---|---|---|

**CFI Insulation**
P. O. Box 6196
Knoxville, TN 37914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**City Electric Supply**
ATTN: Accounts Receivable
P. O. Box 13507
Greensboro, NC 27415-3507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Claire and Carol Rauser**
c/o David Draper, Esquire
PO Box 2425
Knoxville, TN 37901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Construction suit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,714.00 |
|---|---|---|---|

**Clinton Glass Company**
9007 Middlebrook Pike
Knoxville, TN 37923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**David and Connie Adelman**
c/o Eric B. Foust
422 S. gay Street
Suite 302
Knoxville, TN 37902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Construction issue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A&M Building and Contracting, Inc. | Case number (if known) | 3:22-bk-31474 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Erie Insurance<br>c/o John W. Reis, Esquire<br>101 N. Tryon, Suite 1300<br>Charlotte, NC 28246<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Construction lawsuit<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $6,000,000.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Ferguson Enterprises, Inc.<br>6422 Deane Hill Dr.<br>Knoxville, TN 37919<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $9,886.14 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Flynn Electric Company<br>300 W. Millers Cove Road<br>Walland, TN 37886<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $17,469.50 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Garage Doors of Maryville, Inc.<br>105 Pearle Drive<br>Maryville, TN 37801<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $15,515.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Gillenwater Flooring & Kitchen Gallery<br>1002 W Lamar Alexander Pkwy<br>Maryville, TN 37801<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,270.10 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Hayden Short, Esq.<br>P. O. Box 2425<br>Knoxville, TN 37901<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $9,937.14 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Holt's Heating & Air<br>951 Bull Hill Road<br>Sevierville, TN 37876<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,600.00 |

| Debtor | A&M Building and Contracting, Inc. | Case number (if known) 3:22-bk-31474 |
|---|---|---|

### 3.26
**Nonpriority creditor's name and mailing address**
Iura Bordei
c/o Matt Barocas, Esquire
616 W. Hill Avenue
2nd Floor
Knoxville, TN 37902

Date(s) debt was incurred **2020**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,423.00**

---

### 3.27
**Nonpriority creditor's name and mailing address**
K-V Waynes Kirklands
4647 Newcom Avenue
Knoxville, TN 37919

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

### 3.28
**Nonpriority creditor's name and mailing address**
Knox Flooring
c/o Matt Barocas, Esquire
616 W. Hill Avenue
2nd Floor
Knoxville, TN 37902

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,423.00**

---

### 3.29
**Nonpriority creditor's name and mailing address**
Lowes/Synchrony Bank
P.O. Box 530914
Atlanta, GA 30353-0914

Date(s) debt was incurred __
Last 4 digits of account number **6066**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,000.00**

---

### 3.30
**Nonpriority creditor's name and mailing address**
Martin Company
3105 Wood Duck Lane, Lot #24
Knoxville, TN 37912

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$23,181.00**

---

### 3.31
**Nonpriority creditor's name and mailing address**
Martin Construction
3320 Old Airport Hwy.
White Pine, TN 37890

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$25,510.00**

---

### 3.32
**Nonpriority creditor's name and mailing address**
Maryville Top Shop, Inc.
110 Garrett Lane
Maryville, TN 37804

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$43,597.25**

---

| Debtor | A&M Building and Contracting, Inc. | Case number (if known) | 3:22-bk-31474 |
|---|---|---|---|

### 3.33 New York Life Insurance Co
P. O. Box 139051
Dallas, TX 75313-9051

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.34 Ramsey Excavating
3046 Best Road
Maryville, TN 37803

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

### 3.35 Realty Executives Associates
1213 W. Lamar Alexander Parkway
Maryville, TN 37801

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,347.09**

---

### 3.36 Rock Solid
4522 Holly Tree Lane
Morristown, TN 37814

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.37 Sherwin Williams
915 Turner Street
Maryville, TN 37801-3839

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,312.81**

---

### 3.38 Smart Bank
PO Box 1910
Pigeon Forge, TN 37868

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes Burses job**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.39 Stowers Machinery Corp.
P. O. Box 14802
Knoxville, TN 37914

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,674.43**

---

Debtor  **A&M Building and Contracting, Inc.**    Case number (if known) **3:22-bk-31474**

| 3.40 | Nonpriority creditor's name and mailing address<br>**Truist Bank**<br>PO Box 315<br>Wilmington, OH 45177-0315<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice purposes Adelman job**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|
| 3.41 | Nonpriority creditor's name and mailing address<br>**United Rental of North America, Inc**<br>P. O. Box 100711<br>Atlanta, GA 30384-0711<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $112.74 |
| 3.42 | Nonpriority creditor's name and mailing address<br>**United States Treasury**<br>**Internal Revenue Service**<br>Cincinnati, OH 45999-0039<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **9BUS** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,809.80 |
| 3.43 | Nonpriority creditor's name and mailing address<br>**US Brick**<br>P. O. Box 6294<br>Hermitage, PA 16148-0923<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $26,031.63 |
| 3.44 | Nonpriority creditor's name and mailing address<br>**Wasco, Inc.**<br>1122 2nd Ave. N., Suite B<br>Nashville, TN 37208<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $27,023.20 |
| 3.45 | Nonpriority creditor's name and mailing address<br>**Whitlock & Company PC**<br>375 Fountain View Circle, Ste. 4<br>Alcoa, TN 37701<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,208.75 |
| 3.46 | Nonpriority creditor's name and mailing address<br>**Willocks Brothers Co., Inc.**<br>1021 Foch Street<br>Maryville, TN 37801<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,237.80 |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | A&M Building and Contracting, Inc. | Case number (if known) | 3:22-bk-31474 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Crabtree Custom Ironworks, Inc.<br>715 Abels Valley Rd<br>Rockwood, TN 37854 | Line 3.16<br>☐ Not listed. Explain ____ | ___ |
| 4.2 | Fisher I Russell, PLLC<br>10265 Kingston Pike<br>Suite C<br>Knoxville, TN 37922-3241 | Line 3.16<br>☐ Not listed. Explain ____ | ___ |
| 4.3 | Jay Schwitters Construction<br>1508 Whitower Drive<br>Knoxville, TN 37919 | Line 3.16<br>☐ Not listed. Explain ____ | ___ |
| 4.4 | Jerry M. Martin, Esq.<br>112 Glenleigh Court, Suite 1<br>Knoxville, TN 37934 | Line 3.9<br>☐ Not listed. Explain ____ | ___ |
| 4.5 | Law & Hicks Millwork<br>6017 Bingham Ln,<br>Maryville, TN 37801 | Line 3.16<br>☐ Not listed. Explain ____ | ___ |
| 4.6 | Mike Meares, Esquire<br>307 College Street<br>Maryville, TN 37804 | Line 3.32<br>☐ Not listed. Explain ____ | ___ |
| 4.7 | Scotts Plumbing, Inc<br>1924 Dutch Valley Dr Ste 5<br>Knoxville, TN 37918 | Line 3.16<br>☐ Not listed. Explain ____ | ___ |
| 4.8 | Shannon L. Rosener<br>500 McGhee Ave<br>Knoxville, TN 37921 | Line 3.10<br>☐ Not listed. Explain ____ | ___ |
| 4.9 | Shannon L. Wirth, Esquire<br>35330 Nankin Blvd<br>Westland, MI 48185 | Line 3.10<br>☐ Not listed. Explain ____ | ___ |
| 4.10 | Will Carver, Esquire<br>PO Box 629<br>Knoxville, TN 37901-0629 | Line 3.8<br>☐ Not listed. Explain ____ | ___ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,749,074.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,749,074.69 |